**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.:   3:20-cv-143-TSL-RHW |
| | * | |
| SAM FARMS GENERAL PARTNERSHIP, S & J FARMS GENERAL PARTNERSHIP, MITCHELL G. WILLIS, and BRANDI WILLIS | * * * * * | |

Defendants.

## COMPLAINT

COMES NOW Nutrien Ag Solutions, Inc., formerly known as Crop Production Services, Inc. ("Plaintiff"), by and through its undersigned attorneys, and pursuant to 28 U.S.C. § 1332, files this action against Defendants, Sam Farms General Partnership ("Sam Farms"), S & J Farms General Partnership ("S & J Farms") (collectively, the "Borrowers"), Mitchell G. Willis, and Brandi Willis (individually and collectively, the "Guarantors").[1] In support thereof, Plaintiff alleges:

### JURISDICTION AND VENUE

1. Plaintiff is a Delaware corporation having its principal place of business in Colorado.

2. Sam Farms is a Mississippi general partnership with its principal place of business located in Warren County, Mississippi. Sam Farms can be served with process

---

[1] While Mitchell G. Willis and Brandi Willis are Guarantors, they are also both general partners of the Borrowers, and are therefore personally liable for the debts of the Borrowers. *Williams v. Owen*, 613 So. 2d 829, 834 (Miss. 1993).

by serving either of its partners, Mitchell G. Willis or Brandi Willis, at 202 St. Charles Place, Vicksburg, Mississippi 39180.

3. S & J Farms is a Mississippi general partnership with its principal place of business located in Warren County, Mississippi. S & J Farms can be served with process by serving either of its partners, Mitchell G. Willis or Brandi Willis, at 202 St. Charles Place, Vicksburg, Mississippi 39180.

4. Mitchell G. Willis is a general partner of Sam Farms and S & J Farms and, upon information and belief, a Mississippi citizen residing at 202 St. Charles Place, Vicksburg, Mississippi 39180.

5. Brandi Willis is a general partner of Sam Farms and S & J Farms and, upon information and belief, a Mississippi citizen residing at 202 St. Charles Place, Vicksburg, Mississippi 39180.

6. The amount in controversy herein, exclusive of interests and costs, exceeds the sum or value specified by 28 U.S.C § 1332.

7. Venue is proper in Southern District of Mississippi pursuant to 28 U.S.C. § 1391(b)(1)-(2), as that is where the Defendants reside and where the contract made the subject of this action was substantially performed.

## COUNT I – BREACH OF PROMISSORY NOTE

8. On May 10, 2018, Borrowers executed and delivered to Plaintiff a promissory note in the initial principal amount of $204,840.45. A copy of the promissory note is attached as **Exhibit 1** (the "Note").[2]

---

[2] This principal amount was derived by combining the amount that was due and owing on the S & J Farms account, $19,181.08, and the Sam Farms account, $185,659.37, at the time the Note was executed. These amounts can be seen on the ledgers attached hereto as **Exhibit 2.**

9. The Note is secured by a Security Agreement executed on March 20, 2018, which grants the Plaintiff a security interest in the following collateral (the "Collateral"): Borrowers' crops and farm products, livestock and poultry, equipment, inventory, accounts, general intangibles, documents, chattel paper and other rights to payment, as well as all payments due to Borrower from any government programs. A copy of the Security Agreement is attached hereto as **Exhibit 3.**

10. Plaintiff owns and holds the Note.

11. Upon information and belief, Borrowers own and maintain possession of the Collateral.

12. Borrowers defaulted under the Note by failing to make payments due thereunder. As a result of the default, all sums owed under the Note are now due and payable in full.

13. A demand for payment has been made to the Borrowers, and the Borrowers have failed to pay.

14. As of March 6, 2020, the total principal and interest owed to Plaintiff under the Note and Security Agreement amounts to $258,228.04. This amount is calculated as follows:

| | |
|---|---|
| Principal: | $204,840.45 |
| Interest at 9% from May 10, 2018 – February 10, 2019: | $13,990.88 |
| Default interest at 18% from February 11, 2019 – March 6, 2020: | $39,396.71 |
| Total: | $258,228.04 |

Interest continues to accrue at a rate of $101.02 per day.

15. In addition, Plaintiff has retained the undersigned attorneys to bring this action and is obligated to pay them a reasonable fee for their services. In addition to the amounts pled in Paragraph 14, Borrowers are obligated to reimburse Plaintiff for reasonable attorneys' fees pursuant to the terms and conditions of the Note.

16. All conditions precedent to bringing this action have occurred.

WHEREFORE, Plaintiff demands a judgment against the Borrowers for all sums owed under the Note, including all principal, accrued and unpaid interest, and attorneys' fees, plus court costs.

## COUNT II –BREACH OF PERSONAL GUARANTY

17. Plaintiff re-alleges paragraphs 8, 10, 12, 13, 14, and 15.

18. This is a suit for the Guarantors' breach of personal guaranties executed in connection to the Note and Security Agreement.

19. On March 20, 2018, each of the Guarantors guaranteed payment of the Note pursuant to certain "Continuing Unconditional Guaranty" agreements, copies of which are attached hereto collectively as **Exhibit 4** (each, a "Guaranty").

20. Borrowers' default under the Note constitutes a default under each Guaranty, and each Guaranty is now due and payable.

21. A demand for payment has been made to each Guarantor, and each Guarantor has failed to pay.

22. Plaintiff has retained the undersigned attorneys to bring this action and is obligated to pay them a reasonable fee for their services. Guarantors are obligated to reimburse Plaintiff for reasonable attorneys' fees pursuant to the terms and conditions of the Guaranty.

WHEREFORE, Plaintiff demands judgment jointly and severally against each Guarantor for all sums owed under the Guaranties, including all principal, accrued and unpaid interest, and attorneys' fees, plus court costs.

Respectfully submitted,

*/s/ Robert B. McGinley , Jr.*
ROBERT B. McGINLEY, JR. (Miss. Bar #101687)
*Attorney for Nutrien Ag Solutions, Inc.*

OF COUNSEL:

MCDOWELL KNIGHT ROEDDER
 & SLEDGE, L.L.C.
11 North Water St., Ste. 13290
Mobile, Alabama  36602
(251) 432-5300
(251) 432-5303 (fax)

**DEFENDANTS TO BE SERVED BY PROCESS SERVER AT THE FOLLOWING ADDRESS:**

Sam Farms General Partnership
202 Saint Charles Place
Vicksburg, Mississippi 39180

S & J Farms General Partnership
202 Saint Charles Place
Vicksburg, Mississippi 39180

Mitchell G. Willis
202 Saint Charles Place
Vicksburg, Mississippi 39180

Brandi Willis
202 Saint Charles Place
Vicksburg, Mississippi 39180

*/s/ Robert B. McGinley, Jr.*
COUNSEL